AMERICAN SCENIC AND HISTORIC PRESERVATION SOCIETY, Appellant, v. GEORGE T. SACKETT, as Treasurer, and JOSEPH E. MURPHY, as Clerk of the Village of Hastings-on-Hudson, New York, Respondents.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

L. BAMBERGER & COMPANY, INC., Appellant, v. SAMUEL PARTNOW and SADIE PARTNOW, Respondents.— Order granting motion to vacate warrant of attachment reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon condition that plaintiff file within ten days after service of notice of entry of the order to be made upon this decision an amended undertaking, with corporate surety, providing that it pay all costs and damages which may be sustained by defendants by reason of the attachment, not exceeding two hundred and fifty dollars. We think that the proof made by the plaintiff was sufficient to support the attachment. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

MELANIE BENCOE, Appellant, v. CHARLES A. BOND, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

MARY BURKE, Respondent, v. MAY LOUISE KIRKMAN and RALPH KIRKMAN, Appellants.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. Plaintiff failed to prove facts sufficient to constitute a cause of action. In view of this decision, the appeal from the order denying motion for a new trial is dismissed. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

BENJAMIN COHEN, Appellant, v. LOUISE B. DEMOTT, Respondent.— Order, and order on reargument, denying motion to punish for contempt reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to defendant to purge herself from contempt by complying with the judgment heretofore rendered. Plaintiff was not obliged, under his contract, to execute a purchase-money mortgage in other than the statutory form; he must take title subject to installments of assessment becoming due after the closing date to be fixed in the order; his objection to the bond accompanying the eight thousand five hundred dollar mortgage has since been met. Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur. Settle order on notice.